UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cr-20631-UU

UNITED STATES OF AMERICA

v.

RAFAEL RAMOS LOPEZ,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon Petitioner Dana Ramos's Verified Petition to Validate Interest in Forfeited Personal Property.  D.E. 622.

THE COURT has considered the Petition and the pertinent portions of the record, and is otherwise fully advised in the premises.

.  In her Petition, Dana Ramos asserted an interest in a 2004 Ford F-150 truck that was seized from her husband, Defendant Rafael Ramos Lopez, on the grounds that she had provided the funds for the purchase of the vehicle.  D.E. 622.  This matter was referred to Magistrate Judge Alicia Otazo-Reyes, who on August 27, 2014 issued a Report recommending that the Petition be denied.  D.E. 674. The parties were afforded an opportunity to file objections and as of September 18, 2014, no objections have been filed.

Upon *de novo* review, the Court agrees with Magistrate Judge Otazo-Reyes's recommendation and concurs in all of her findings.  Furthermore, failure to object in a timely fashion bars the parties from attacking on appeal the factual findings covered in the Report.  *Resolution Trust*

*Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).   Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E. 674, is RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that the Petition, D.E. 622, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _19th__ day of September, 2014.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record